In the Matter of the Arbitration of all Disputes between DESPATCH SHIPPING CORPORATION, Respondent, and INTERIOR FREIGHTING Co., INC., Appellant.— Order confirming the award of the arbitrator in favor of Despatch Shipping Corporation, and the judgment entered thereon, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

HARRY SERIAN, Also, and at the Times Hereinafter Mentioned, Known as HARUTIUN NOKHUDIAN, Appellant, v. VIKING PRESS, INC., and Another, Respondents, Impleaded with Another.— Order granting defendants-respondents' motion to dismiss the complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

ELIZABETH KUHN, as Administratrix, etc., of FRANCIS KUHN, Deceased, Appellant-Respondent, v. CITY OF NEW YORK and Others, Defendants, Impleaded with P. J. CARLIN CONSTRUCTION COMPANY, Appellant, and ALBEE GODFREY WHALE CREEK COMPANY, INC., Respondent.— Action for personal injuries resulting in the death of plaintiff's intestate. The trial justice dismissed the complaint at the end of plaintiff's case as to the defendant Albee Godfrey Whale Creek Company, Inc., and the jury returned a verdict in favor of plaintiff against defendant P. J. Carlin Construction Company. Plaintiff appealed from that part of the judgment in favor of Albee Godfrey Whale Creek Company, Inc., and against plaintiff. Defendant P. J. Carlin Construction Company appealed from that part of the judgment in favor of plaintiff and against it and from the order denying its motion for a new trial. Judgment so far as appealed from by the plaintiff, unanimously affirmed, with costs to defendant Albee Godfrey Whale Creek Company, Inc., against plaintiff. Judgment, so far as appealed from by defendant P. J. Carlin Construction Company, affirmed, with costs. (Martin, P. J., and O'Malley, J., dissent and vote to reverse and dismiss the complaint as to said defendant.) No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.

GENERAL MOTORS JAVA HANDEL MAATSCHAPPIJ, Appellant, v. ERIE RAILROAD COMPANY, Respondent.— Action to recover for the loss of 576 Chevrolet knocked-down truck chassis, of 1929 model, packed for export to Batavia, in Java, and stored on a covered pier at Hoboken, N. J. The merchandise was destroyed by fire there. Judgment entered on the verdict of a jury in favor of defendant unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley and Townley, JJ.

VITRAM REALTY CORPORATION, Appellant, v. CLEMENT H. SMITH & SON, INC., and CLEMENT H. SMITH, Respondents, Impleaded with Another.— Order, so far as appealed from, denying plaintiff's motion to strike out the first affirmative defense in the answer of defendants-respondents, on the ground that it is insufficient in law, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Untermyer, JJ.